### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| TERRIE MORRIS, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:25-cv-02343-JWB-RES |
| v. | ) |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| *et al*, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

COME NOW Defendants City of Kansas City, Missouri ("City") and Johnny Jones (Jones) and Plaintiffs Terrie Morris and Rica Amador, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff Rica Amador's claims against the City and Jones with prejudice, with each party to bear their own costs.

Respectfully submitted,

**Office of the City Attorney**

*/s/ Tara M. Kelly*
TARA M. KELLY                    #25676
414 East 12th Street
Kansas City, Missouri 64106
Phone (816) 513-3117
Fax (816) 513-3133
*tara.kelly@kcmo.org*
**ATTORNEY FOR DEFENDANTS
CITY OF KANSAS CITY, MISSOURI
AND JOHNNY JONES**

**And**

*/s/ Andrew Schendel*
Castle Office of Kansas City, P.C.
811 Grand Blvd., Suite 101
Kansas City, MO 64106
Phone: 816-595-3249
Fax: 816-842-0016

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Circuit Court, via the Court's e-Filing system, with a copy automatically sent via the Court's e-Filing system to all parties of record.

*/s/ Tara M. Kelly*
TARA M. KELLY
**Attorney for Defendant**
**City of Kansas City, Missouri**